IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MANUEL LOPEZ, :
    Petitioner
                                :

    vs.                       :    CIVIL NO. 1:CV-07-0938

                                :
HARRY E. WILSON, et al.,
    Respondents           :

*O R D E R*

AND NOW, this 29th day of September, 2008, upon consideration of the Report and Recommendation of Chief Magistrate Judge Blewitt, filed August 20, 2008, to which no objections have been filed, and upon a review of the record, it is Ordered that said report is approved.

It is further Ordered that, pursuant to the recommendation of Judge Blewitt, Petitioner's motion for a writ of habeas corpus is denied.

The Clerk of Court shall close the file.

                                      /s/William W. Caldwell
                                      William W. Caldwell
                                      United States District Judge

**FILED**
HARRISBURG, PA

SEP 29 2008

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk